# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FRED TUCKERSON                                    NO.   2024 CW 0873

VERSUS

EXXON MOBIL CORPORATION                    **DECEMBER 16, 2024**

---

In Re:     Fred Tuckerson, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           677960.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

   **WRIT NOT CONSIDERED.** The writ application failed to include an index providing the corresponding page numbers for all items and attachments contained therein; assignments of error; a copy of the petition; and a copy of the return date order signed by the district court. These are violations of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(1), (5), (8), (10) and (11). In addition, this court requires a copy of the transcript of the June 24, 2024 hearing on the motion to compel.

   In addition, this court requires a copy of the transcript of the June 24, 2024 hearing on the motion to compel.

   Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

   In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, documentation to show that the original writ application was timely, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before January 15, 2025 and must contain a copy of this ruling.

                              **JMG**
                              **AHP**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT